IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| COLLETTE YOUNG and HENRY BENNETT, individually and on behalf of all similarly situated employees, | : : : : : : : : : : : : : : | CIVIL ACTION<br><br>No. 20-cv-10520<br>Hon. Denise Page Hood<br>Mag. R. Steven Whalen |
| Plaintiffs, | | |
| v. | | |
| CHIEFTAIN COATING, LLC, BURKARD INDUSTRIES, INC. and JOHN "JAY" BURKARD, jointly and severally, | | |
| Defendants. | | |

**STIPULATED ORDER OF DISMISSAL OF BURKARD INDUSTRIES, INC. AND JOHN BURKARD WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs and Defendants Burkard Industries, Inc. and John "Jay" Burkard, by and through their legal counsel of record, hereby consent and stipulate to the entering of the following Order:

IT IS HEREBY ORDERED that Plaintiffs' allegations and claims against Defendants Burkard Industries, Inc. and John "Jay" Burkard are dismissed, with prejudice, and without additional fees or costs to either party.

IT IS FURTHER ORDERED that this Order is separate and distinct from the Court's Order dismissing Defendant of Chieftain Coating, LLC (ECF No. 70), as the Plaintiffs who were employed by Chieftain Coating, LLC have separately resolved their claims with Defendant Chieftain Coating, LLC, there being no finding of joint and several liability between Defendant Chieftain Coating, LLC and Defendants Burkard Industries, Inc. and John "Jay" Burkard.

**Error! Unknown document property name.**

The Court retains jurisdiction to resolve any post-dismissal disputes among the parties. This is a final order and closes the case.

**IT IS SO ORDERED**.

Dated:  October 23. 2023                           s/Denise Page Hood
                                                   Hon. Denise Page Hood
                                                   U.S. District Court Judge

[STIPULATION AND SIGNATURES OF COUNSEL TO FOLLOW ON PAGE 2]

# STIPULATION

We, on behalf of our clients, stipulate to the entry of this Order.

| SOMMERS SCHWARTZ, P.C. | CLARK HILL, PLC |
|---|---|
| *s/ Jesse L. Young* <br> Jesse L. Young (P72614) <br> Sommers Schwartz, P.C. <br> 141 E. Michigan, Suite 600 <br> Kalamazoo, Michigan 49007 <br> (269) 250-7501 <br> jyoung@sommerspc.com | *s/ Anne-Marie Vercruysse Welch* (w/consent) <br> Anne-Marie Vercruysse Welch (P70035) <br> Clark Hill PLC <br> 220 Park Street, Ste. 200 <br> Birmingham, Michigan 48009 <br> (248) 988-1810 <br> awelch@clarkhill.com |
| *ATTORNEYS FOR PLAINTIFFS* | *ATTORNEYS FOR DEFENDANTS BURKARD INDUSTRIES, INC. AND JOHN "JAY" BURKARD* |

Dated: October 13, 2023